UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

GREGORY L. JACKSON,

                           Petitioner,

        v.                                  9:03-CV-545

DANIEL SENKOWSKI, Superintendent; and
ELIOT SPITZER,

                           Respondents.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                                 OF COUNSEL:

GREGORY L. JACKSON
Plaintiff Pro Se
No. 00-B-0720
Franklin Correctional Facility
62 Bare Hill Road
Post Office Box 10
Malone, New York 12953

HON. ANDREW CUOMO                    ASHLYN H. DANNELLY, ESQ.
Attorney General of the State of New York    LUKE MARTLAND, ESQ.
Attorneys for Respondents                   Assistant Attorneys General
The Capitol
Albany, New York 12224

DAVID N. HURD
United States District Judge

## DECISION and ORDER

      Petitioner Gregory L. Jackson ("Jackson") brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. By a Report-Recommendation and Order dated January 3, 2007, the Honorable David R. Homer, United States Magistrate Judge, recommended that the petition for a writ of habeas corpus be denied. Jackson has filed timely objections.

In the petition, Jackson argues, among other things, that the prosecution committed a <u>Brady</u>[1] violation when it withheld a videotape of a police interview with Larry Harden, his half-brother and former roommate. In the Report-Recommendation and Order, Magistrate Judge Homer found that Jackson "failed to demonstrate how Harden's videotape would have led to a different result, instead stating in conclusory terms that the videotape 'likely' contained exculpatory evidence." (Report-Recommendation and Order, No. 03-CV-545 (January 3, 2007) (Homer, M.J.).) While Magistrate Judge Homer was correct in his assessment of Jackson's <u>Brady</u> argument, the Harden videotape was obtained and viewed in order to be certain that it did not constitute <u>Brady</u> material. It can now be said with certainty that the Harden videotape does not constitute <u>Brady</u> material.

Therefore, based upon a de novo determination of the Report-Recommendation and Order, including the other portions to which Jackson has objected, the Report-Recommendation and Order is accepted and adopted in all respects. <u>See</u> 28 U.S.C. 636(b)(1); Rule 10, Rules Governing Section 2254 Cases.

Accordingly, it is

ORDERED that the petition is DENIED and DISMISSED in its entirety.

IT IS SO ORDERED.

_____
United States District Judge

Dated: July 31, 2007
       Utica, New York.

---

[1] <u>Brady v. Maryland</u>, 373 U.S. 83, 85-87 (1963).